LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

July 25, 2011

United States Bankruptcy Court
Southern District of Indiana
102 Federal Bldg, Room 121
New Albany, IN 47150

Re:        Robert Hollis Wright
           Kristina Danielle Wright
Case No.:  10-93006
Claim No.: 5

To Whom It May Concern:

We represent HSBC Bank Nevada, N.A. - Kawasaki in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on October 29th, 2010, in the amount of $8,396.98. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley,
Authorized Representative