UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
ROBERT H. WRIGHT }   CASE NO. 10-93006-BHL-13
KRISTINA D. WRIGHT }
   DEBTORS }

## MOTION TO MODIFY DEBTORS' CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Come now the above-captioned Debtors by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan. In support of this Motion, Counsel for the Debtors state as follows:

1. The Debtors propose to cure their pending plan delinquency up through and including December, 2012 by the subject amendment to the plan.

WHEREFORE, the Debtors by Counsel, requests the Court to modify their plan by increasing their payments from $1,057.00 per month to $1,086.36 per month commencing in January, 2013.

Dated this 30th day of Dec, 2012.

Lloyd E. Koehler
Attorney for Debtor
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

_____
ROBERT H. WRIGHT

_____
KRISTINA D. WRIGHT

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of January, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 3rd day of January, 2013 to all parties attached hereto:

Lloyd E. Koehler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 10-93006-BHL-13<br>Southern District of Indiana<br>New Albany<br>Thu Jan  3 13:15:46 EST 2013 | BRCLYSBANKDE<br>P.O. B    8803<br>WILMINGTON, DE 19899-8803 | Joseph M. Black Jr<br>PO Box 846<br>Seymour, IN 47274-0846 |
| Capital One, N.A<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | Stacy Jean DeLee<br>Foutty & Foutty<br>155 E Market St #605<br>Indianapolis, IN 46204-3280 | Teresa E. Dearing<br>Foutty & Foutty, LLP<br>155 E Market St Ste 605<br>Indianapolis, IN 46204-3280 |
| Floyd Superior Court II<br>22D02-1009-SC-898<br>311 Hauss Sq. #425<br>New Albany, IN 47150-3570 | GEMB/SAMS<br>PO BOX 981400<br>EL PASO, TX 79998-1400 | Gerald Mcintire<br>6239 S. East Street Ste F<br>22D02-1009-SC-898<br>Indianapolis, IN 46227-2088 |
| HARRISCTY<br>425 N. CAPITAL<br>PO BOX 33<br>CORYDON, IN 47112-0033 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | HSBC/Kawasaki<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 |
| Harrison Co. Credit Bureau, Inc<br>PO Box 33<br>425 N. Capitol AVe<br>Corydon, IN 47112-1532 | Indiana Department of Revenue<br>Bankruptcy Division<br>100 N. Senate Ave. #N-240<br>Indianapolis, IN 46204-2231 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Koehler Law Office<br>400 Pearl St Suite 200<br>New Albany, IN 47150-3451 | Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 | MED-1 SOL<br>6239 S EAST ST<br>SUITE F<br>INDIANAPOLIS, IN 46227-2088 |
| MED-1 SOL<br>6239 S EAST ST STE F<br>22D02-1009-SC-898<br>INDIANAPOLIS, IN 46227-2088 | MIDLAND MTG<br>POB 268959<br>OKLAHOMA CITY, OK 73126-8959 | MidFirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Boulevard<br>Suite #110<br>Oklahoma City, Oklahoma 73118-6116 |
| NAVY FCU<br>1 SECURITY PLACE<br>MERRIFIELD, VA 22116 | NAVY FCU<br>820 FOLLIN LANE<br>VIENNA, VA 22180-4907 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | THD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Kristina Danielle Wright<br>2875 Fairdale Rd<br>Ramsey, IN 47166-8408 | Robert Hollis Wright<br>2875 Fairdale Rd<br>Ramsey, IN 47166-8408 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service - Bankruptcy
POB 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Basil H. Lorch III          (u)MidFirst Bank          (u)Midland Mortgage Co.

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31